THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* RAFFAELE BOVA, Appellant.

*People* v. *Bova,* 170 App. Div. 51, affirmed.
(Argued March 1, 1916; decided March 21, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered November 5, 1915, which affirmed a judgment rendered at a Trial Term for the county of Westchester upon a verdict convicting the defendant of the crime of murder in the second degree.

*John J. Hughes* for appellant.

*Frederick E. Weeks, District Attorney,* for respondent.

Judgment of conviction affirmed; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, CUDDEBACK, HOGAN, SEABURY and POUND, JJ.